UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

RANKY ABIKARRAN,

                         Plaintiff,

       -against-

THE CITY OF NEW YORK, DET. ALFRED HERNANDEZ, Shield No. 05046, Individually and in his Official Capacity, DET. ANTHONY DIAZ, Shield No. 07312, Individually and in his Official Capacity, DET. ELIJAH BROOKS, Shield No. 00377, Individually and in his Official Capacity, and P.O.'s "JOHN DOE" #1-10, Individually and in their Official Capacity (the name John Doe being fictitious, as the true names are presently unknown),

                         Defendants.

------------------------------------------------------------------ x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 4/9/09

08 Civ. 8227 (SHS)

REVISED SCHEDULING ORDER

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that:

1. The last day for completion of discovery is extended to June 9, 2009; and
2. The April 10 conf. is cancelled
3. There will be a conference on June 9, 2009, at 10:00 a.m.
4. No further extensions

Dated: New York, New York

      April 9, 2009

                          SO ORDERED:

                          Sidney H. Stein, U.S.D.J.